IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.   03-cv-00379-WDM-OES

DOROTHY BARRETT-TAYLOR,

    Plaintiff(s),

v.

FISCHBACH, LLC.

    Defendant(s).
_____

**ORDER OF DISMISSAL**
_____

    There being no further activity in this case since the administrative closure August 5, 2003, it is now ordered that the complaint and this action are dismissed without prejudice.

    DATED at Denver, Colorado, on December 23, 2009.

                            BY THE COURT:

                            s/ Walker D. Miller
                            United States District Judge

PDF FINAL